UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALISTRO,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00698-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 30]<br><br>**Dispositive Motion Deadline:** April 10, 2017 |

　　Plaintiff Alton King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Defendant's motion to modify the discovery and scheduling order, seeking to extend the deadline to file dispositive motions by fourteen days. Defense counsel declares that the extension is necessary due to the unavailability of a declarant to finalize his declaration in support of Defendant's motion for summary judgment before the current deadline.

　　Good cause having been presented to the Court, it is HEREBY ORDERED that the motion is granted, and the deadline to file dispositive motions is extended to **April 10, 2017**.

IT IS SO ORDERED.

Dated:   **March 28, 2017**　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE