# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING,<br><br>        Plaintiff,<br><br>    v.<br><br>CALISTRO,<br><br>        Defendant. | Case No.: 1:15-cv-00698-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF No. 32] |

Plaintiff Alton King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion for an extension of time to file a dispositive motion, filed April 10, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant is granted to and including April 17, 2017, to file a dispositive motion.

IT IS SO ORDERED.

Dated: **April 11, 2017**

UNITED STATES MAGISTRATE JUDGE

1