1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                     **EASTERN DISTRICT OF CALIFORNIA**
10

| ALTON KING, | ) Case No. 1:15-cv-00698-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER SETTING TELEPHONIC TRIAL SETTING CONFERENCE ON **TUESDAY, JANUARY 16, 2018 AT 3:00 P.M.** IN COURTROOM 9 |
| CALISTRO, | ) |
| Defendant. | ) |

Plaintiff Alton King is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.

This action proceeds on Plaintiff's retaliation claim against Defendant Calistro, and the case is ready to be scheduled for jury trial before the undersigned.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///
///
///
///
///

1. A telephonic scheduling hearing will be held **on Tuesday, January 16, 2018 at 3:00 p.m.** in Courtroom 9 before the undersigned; and

2. Counsel for Defendant shall arrange for the participation of Plaintiff at the January 16, 2018 telephonic hearing.

IT IS SO ORDERED.

Dated: **January 9, 2018**

_____
UNITED STATES MAGISTRATE JUDGE