1

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12   ALTON KING,                              Case No. 1:15-cv-00698-SAB (PC)

13              Plaintiff,

14       v.                                   ORDER SETTING SETTLEMENT
                                              CONFERENCE
15   CALISTRO,

16              Defendant.

17

18         Plaintiff Alton King is appearing pro se and in forma pauperis in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  The court has determined that this case will benefit from a

20   settlement conference.  Therefore, this case will be referred to Magistrate Judge Kendall J.

21   Newman to conduct a settlement conference at the U. S. District Court, 501 I Street, Sacramento,

22   California 95814 in Courtroom #25 on April 12, 2018 at 1:30 p.m.

23         A separate order and writ of habeas corpus ad testificandum will issue in due course.

24         In accordance with the above, IT IS HEREBY ORDERED that:

25       1.  This case is set for a settlement conference before Magistrate Judge Kendall J.

26           Newman on April 12, 2018 at 1:30 p.m. at the U. S. District Court, 501 I Street,

27           Sacramento, California 95814 in Courtroom #25.

28   ///

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Each party shall provide a confidential settlement statement seven (7) days prior to the settlement conference. Defendants shall submit via email to the following address: kjnorders@caed.uscourts.gov. Plaintiff shall submit via mail to arrive seven (7) days before the conference to: Attn: Magistrate Judge Kendall J. Newman, USDC CAED, 501 I Street, Suite 4-200, Sacramento, California 95814.

5. Judge Newman or another representative from the court will be contacting the parties either by telephone or in person, approximately two weeks prior to the settlement conference, to ascertain each party's expectations of the settlement conference.

IT IS SO ORDERED.

Dated: __**January 17, 2018**__

UNITED STATES MAGISTRATE JUDGE