# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING, | ) Case No. 1:15-cv-00698-SAB (PC) |
| Plaintiff, | ) ORDER RESETTING TELEPHONIC TRIAL CONFIRMATION HEARING DATE |
| v. | ) Telephonic Trial Confirmation Hearing: **April 20, 2018**, at 3:00 p.m. in Courtroom 9 (SAB) |
| CALISTRO, | ) |
| Defendant. | ) |

This case proceeds to a jury trial on Plaintiff Alton King's claim against Defendant Calistro for retaliation in violation of the First Amendment.

Due to scheduling issues, IT IS HEREBY ORDERED that the April 19, 2018 telephonic trial confirmation hearing date is continued to **Friday, April 20, 2018, at 3:00 p.m.**, before the Honorable Stanley A. Boone, in Courtroom 9. All other previously-set deadlines and dates remain the same.

IT IS SO ORDERED.

Dated: __**April 4, 2018**__

_____

UNITED STATES MAGISTRATE JUDGE